■ LINDA FACKLAM et al. v E. W. ROSNER, Respondent, and DEGRAFF MEMORIAL HOSPITAL, Appellant.—Motion for reargument, or in the alternative, leave to appeal to the Court of Appeals denied. The memorandum decision dated December 23, 1989 (145 AD2d 955) is amended by striking after the citations *"(Braun * * * 102 AD2d 741)",* the words "Special Term" and inserting in place thereof the words "trial court". Present—Dillon, P. J., Callahan, Green, Pine and Boomer, JJ. (Two Motions.)

■ ANNE A. SANS, Appellant, v IRA J. SANS, Respondent.— Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely *(see,* 22 NYCRR 1000.3 [b] [2]). Present —Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■ GERALD B. COHEN, Respondent, v JOSEPH HARCROW, Appellant.—Motion to vacate dismissal of appeal denied. Memorandum: The order of County Court determining an appeal from an order of City Court is not appealable *(see, Ellingsworth v City of Watertown,* 113 AD2d 1013). Present— Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■ DAVID E. NOWAK, Appellant, v DIANE B. NOWAK, Respondent.—Motion to dismiss appeal denied. Memorandum: Because no notice of entry of the original judgment has been served, the time to appeal has not yet begun to run. We do not address the issue of whether the notice of appeal from the amended judgment is effective as an appeal from the original judgment *(see, Curran v City of Rochester,* 50 AD2d 1059, *lv dismissed* 38 NY2d 710, 917). Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.